IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

4:17-CR-6-FL-1

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>)<br>)<br>CHRISTIAN IVAN CARDENAS, )<br>)<br>Defendant. ) | ORDER TO SEAL<br>[DOCKET ENTRY 26] |

    Upon Motion of Defendant, it is hereby ORDERED that Docket Entry Number 26 be sealed until such time as the Court determines that the aforementioned filing should be unsealed.

    This, 27th day of November, 2017.

                                                                   _____
                                                         HONORABLE LOUISE WOOD FLANAGAN
                                                         UNITED STATES DISTRICT JUDGE