IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

4:17-CR-6-FL-1

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>)<br>CHRISTIAN IVAN CARDENAS, )<br>)<br>Defendant. ) | ORDER |

Upon Joint Motion of the parties, it is hereby ORDERED that Docket Entry Number 35 be sealed until such time as the Court determines that the aforementioned filing should be unsealed.

This, __14th__ day of __February__, 2018.

_____
HONORABLE LOUISE WOOD FLANAGAN
UNITED STATES DISTRICT JUDGE